No. 872.. NORTH CENTRAL AIRLINES, INC., *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *A. L. Wheeler* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Franklin M. Stone, O. D. Ozment* and *Robert L. Toomey* for the Civil Aeronautics Board, *Clarence M. Mulholland, Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for Lake Central Airlines, Inc., and *Albert F. Grisard* for Lake Central Airlines Employee Stockholder Group, respondents.

No. 876. HELMS BAKERIES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 877. WOOLFSON *v.* DOYLE, TRUSTEE IN REORGANIZATION, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Edward D. Burns, John A. Kiser* and *Daniel J. Driscoll* for Doyle, and *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* for the Securities and Exchange Commission, respondents.

No. 886. DANCYGER *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Rose Rothenberg* for petitioner. *Brendan T. Byrne,* Deputy Attorney General of New Jersey, and *C. William Caruso* for respondent.

No. 806, Misc. ALLEN *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.